GEORGE M. MURPHEY V. ILLINOIS TRUST & SAVINGS
BANK.

FILED APRIL 6, 1899. No. 8851.

Unauthenticated Bill of Exceptions: REVIEW. A bill of exceptions
will be disregarded in the appellate court unless authenticated
by the certificate of the clerk of the court below.

ERROR from the district court of Saline county. Tried below before HASTINGS, J. *Affirmed.*

· *F. I. Foss* and *W. R. Matson,* for plaintiff in error.

*F. C. Power, contra.*

NORVAL, J.

This was an action in ejectment, and the defendant has prosecuted error from the judgment obtained against him in the court below. Attached to the clerk's transcript of the pleadings and judgment is a document styled a "Bill of Exceptions," but it is in no manner authenticated by the clerk of the district court as being either the original bill of exceptions in the cause, or a copy thereof, and hence must be disregarded. As no question is argued which does not require an examination and consideration of matters to be found only in a bill of exceptions, the judgment is

AFFIRMED.

GEORGE M. MURPHEY V. ILLINOIS TRUST & SAVINGS
BANK.

FILED APRIL 6, 1899. No. 8852.

Unauthenticated Bill of Exceptions. An unauthenticated bill of exceptions will not be considered.

ERROR from the district court of Saline county. Tried below before HASTINGS, J. *Affirmed.*

*F. I. Foss* and *W. R. Matson*, for plaintiff in error.

*F. C. Power*, contra.

NORVAL, J.

The judgment in this case is affirmed for the reason stated in the opinion filed in *Murphey v. Illinois Trust & Savings Bank*, 58 Neb. 428, decided herewith.

AFFIRMED.

---

FREDERICK SMITH ET AL., APPELLEES, V. HENRY H. SIL-
VER ET AL., APPELLANTS.

FILED APRIL 6, 1899. No. 9970.

1. Appeal: TIME TO FILE TRANSCRIPT: JURISDICTION. This court is without jurisdiction to determine an equity cause on appeal when the transcript is not filed with the clerk of said court within six months from the entry of the decree or final order sought to be reviewed.

2. ———: MOTION FOR NEW TRIAL. A motion for a new trial is not essential to a review of an equity cause.

3. ———: ———: TIME TO FILE TRANSCRIPT. The filing of a motion for a new trial will not extend the time for prosecuting an appeal. The time for taking an appeal begins to run from the date of the entry of the decree or final order, and not from the overruling of the motion for a new trial.

APPEAL from the district court of Gage county. Heard below before LETTON, J. Submitted on motion to dismiss appeal. *Dismissed.*

*Wolfenbarger & Williams* and *Hazlett & Jack*, for appellants.

*George A. Murphy*, contra.